**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**C.A. NO: 1:09-CV-10338**

**************************************
**BARRY DONAGHEY &**
**DIANE DONAGHEY,**
**Plaintiffs,**

**V.**

**BUFFALO BILLS, INC,**
**THE APEX GROUP, INC. &**
**CONTEMPORARY SERVICES CORP.**

**Defendants,**
****************************************

09 MAY 26 P 12: 51

## STIPULATION OF DISMISSAL

The plaintiffs in the above captioned matter hereby voluntarily stipulate that the actions of Barry Donaghey and Diane Donaghey against Buffalo Bills, Inc., The Apex Group, Inc. and Contemporary Services be dismissed with prejudice, pursuant to FRCP Rule 41(a)(1), without costs and waiving all rights of appeal.

The Plaintiffs,
Barry Donaghey & Diane
Donaghey,
By Their Attorney,

Daniel J. Moynihan, Jr.
269 Main Street
Woburn, Ma. 01801
BBO # 546346
(781)938-5220

Date: 5/13/09